JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| INFOKOREA, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MBC AMERICA HOLDINGS, INC., a California corporation, *et al.*,<br><br>Defendants | Case No.: 2:16-cv-06480-CAS-KS<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL**<br><br>Complaint Filed: August 30, 2016 |

~2684289.docx

# ORDER

Pursuant to the *Joint Stipulation of Dismissal* filed by Plaintiff *INFOKOREA, INC.*; Defendants *MBC AMERICA HOLDINGS, INC.*, *MBC BROADCASTING, INC. d/b/a MBC AMERICA*, *DAE UN ZHUNG*, and *DONG YEOL YOON*; and Defendant *JIN S. CHOI*, and good cause appearing therefor, the Stipulation is hereby GRANTED.

This action is DISMISSED WITH PREJUDICE, and each party shall bear his or its own costs, expenses and attorneys' fees. All scheduled dates are hereby **VACATED.**

Dated: December 8, 2017

By ___/s/ Christina A. Snyder___
United States District Judge